FILED

2016 FEB 17 PM 2:09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JOSEPH MICHAEL SHARKEY

Case No. 3:16-cr-29-J-34JBT
Ct. 1: 49 U.S.C. § 46504

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 31, 2016, in Duval County, in the Middle District of Florida, and elsewhere, while aboard Jet Blue Flight 715, an aircraft in the special aircraft jurisdiction of the United States, which was flying between Reagan National Airport, Washington, DC, and Jacksonville International Airport, Duval County, Florida,

JOSEPH MICHAEL SHARKEY,

the defendant herein, did knowingly assault and intimidate a flight attendant on the aircraft, and the assault and intimidation interfered with and lessened the flight attendant's abilities to perform his duties.

In violation of Title 49, United States Code, Section 46504.

                        A. LEE BENTLEY, III
                        United States Attorney

By: _____
     DALE R. CAMPION
     Assistant United States Attorney

By: _____
     MAC D. HEAVENER, III
     Assistant United States Attorney
     Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JOSEPH MICHAEL SHARKEY

## INDICTMENT

Violation:

Ct: 1:     49 U.S.C. § 46504

A true bill,

_____
Foreperson

Filed in open court this _17th_ day

Of February, 2016.

_____
Clerk

Bail   $_____

GPO 863 525